EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. CR03 00461 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841] |
| | ) | |
| MANASSEH ALBERT SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about August 27, 2003, Defendant MANASSEH ALBERT SANTOS did knowingly and intentionally possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 73.61

grams, (net weight), a Schedule II controlled substance, in violation of 21 U.S.C. § 841 (a)(1).

### Count 2

The Grand Jury further charges that:

On or about September 9, 2003, Defendant MANASSEH ALBERT SANTOS did knowingly and intentionally possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately three ounces, (gross weight), a Schedule II controlled substance, in violation of 21 U.S.C. §841(a)(1).

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

DATED: September 17, 2003
Honolulu, Hawaii

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Manasseh Albert Santos,
"Indictment"
Cr. No.

2